UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JODI M. PHEASANT AND DALE PHEASANT, Plaintiffs, v. WARD SEARS, Defendant. | Civil Action No. CA 06 279 T<br>JURY TRIAL DEMANDED |

**COMPLAINT AND JURY DEMAND**

PARTIES

1. The plaintiff, Jodi M. Pheasant, is a natural person residing at R.D.2, Box 180, Williamsburg, Blair County, Pennsylvania 16693.

2. The plaintiff, Dale Pheasant is a natural person residing at R.D.2, Box 180, Williamsburg, Blair County, Pennsylvania 16693. Dale Pheasant is the husband of Jodi Pheasant.

3. The defendant, Ward Sears ("Sears"), is a natural person residing at 18 Palmer Circle, Hope Valley, Washington County, Rhode Island 02832.

JURISDICTION AND VENUE

4. Jurisdiction is conferred by 28 U.S.C. § 1332 because there is diversity among the parties and the amount in controversy exceeds $75,000.

5. Venue is proper in the District of Rhode Island under 28 U.S.C. 1391(a) because the defendant is located in this district.

## FACTS COMMON TO ALL CLAIMS

6. On June 17, 2004, Plaintiffs Jodi and Dale Pheasant were passengers in a vehicle operated by Jason Hector of Lancaster, Pennsylvania traveling in the right lane on Route 95 North in Waterford, Connecticut.

7. Simultaneously, a vehicle owned and operated by Sears was traveling in the right lane on Route 95 North in Waterford, Connecticut.

8. While the vehicle Jodi and Dale Pheasant were traveling in was stopped in traffic, it was struck from behind by the vehicle operated by Sears.

9. Sears was issued an infraction by the State Police at the scene of the accident for "Following too Close", CT. Statute 14-240.

10. As a result of the accident, Jodi Pheasant suffered severe personal injuries, including, but not limited to, her head, neck, right and left elbows, right and left arms, and fractured temporo-mandibular joint resulting in multiple corrective surgeries.

11. Plaintiff Jodi Pheasant incurred medical bills resulting from the accident totaling approximately $100,000.00 to date.

12. Plaintiffs have suffered loss of earning capacity in excess of $36,000.00 as a result of Jodi Pheasant's injuries resulting from the accident.

## COUNT I
## NEGLIGENCE

13. Plaintiffs repeat and reallege paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14. Defendant Sears had a duty to Plaintiffs Jodi and Dale Pheasant to exercise reasonable care while operating his motor vehicle.

15. Sears breached his duty to Jodi and Dale Pheasant by failing to exercise due care in the operation of his vehicle by following too closely to the rear of their vehicle resulting in his inability to stop his vehicle in time to avoid a collision.

16. As a direct and proximate result of Sears' conduct, Jodi Pheasant was injured, was prevented from transacting her business, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization in the sum of approximately $100,000.00 and Dale Pheasant also suffered damages.

## COUNT II
## LOSS OF CONSORTIUM

17. Plaintiffs repeat and reallege paragraphs 1 through 16 of this Complaint as if fully set forth herein.

18. Dale Pheasant should be awarded monetary damages for his loss of spousal services, society and companionship.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this court:

(a) Enter judgment in plaintiffs' favor;

(b) Award plaintiffs damages in an amount to be proven at trial;

(c) Award plaintiffs all costs incurred, including reasonable attorney fees;

(d) Award such other and further relief as is just and proper.

## JURY DEMAND

The plaintiffs request trial by jury on all claims so triable.

The plaintiffs,
JODI M. PHEASANT and
DALE PHEASANT,
By their attorneys,

Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
(617) 439-4990