AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Jodi M. Pheasant and Dale Pheasant

V.

Ward Sears

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 279 T

TO: (Name and address of Defendant)

Ward Sears
18 Palmer Circle
Hope Valley, RI 02832

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

6.14.06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-15-06 |
| NAME OF SERVER *(PRINT)* John H. LoClair | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 18 Palmer Circle Hope Valley RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.20 | 50.00 | 85.20 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-15-06 (Date) — [signature] John H. LoClair (Signature of Server)

255 Main St Suite 509 Pawtucket, RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.