**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JODI M. PHEASANT AND DALE PHEASANT, PLAINTIFFS | : | |
| VS. | : | CIVIL ACTION NO. 06-279T |
| WARD SEARS, DEFENDANT | : | |

ANSWER OF DEFENDANT,
WARD SEARS

Parties

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the plaintiffs' complaint.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the plaintiffs' complaint.

3. The defendant admits the allegations of paragraph 3 of the plaintiffs' complaint.

Jurisdiction and Venue

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the plaintiffs' complaint.

5. The defendant admits that the defendant resides in Rhode Island.

Facts Common to All Claims

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the plaintiffs' complaint.

7. The defendant admits that on June 17, 2004 his vehicle was traveling in the right lane on Route 95 North in Waterford, Connecticut.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the plaintiffs' complaint.

9. The defendant admits the allegation of paragraph 9 of the plaintiffs' complaint.

10. The defendant denies the allegations of paragraph 10 of the plaintiffs' complaint.

11. The defendant denies the allegations of paragraph 11 of the plaintiffs' complaint.

12. The defendant denies the allegations of paragraph 12 of the plaintiffs' complaint.

Count I
Negligence

13. The defendant repeats and realleges his answers to paragraphs one through twelve of the plaintiffs' complaint as though fully set forth herein.

14. The defendant admits the allegations of paragraph 14 of the plaintiffs' complaint.

15. The defendant denies the allegations of paragraph 15 of the plaintiffs' complaint.

16. The defendant denies the allegations of paragraph 16 of the plaintiffs' complaint.

Count II
Loss of Consortium

17. The defendant repeats and realleges his answers to paragraphs one through sixteen of the plaintiffs' complaint as though fully set forth herein.

18. The defendant denies the allegations of paragraph 18 of the plaintiffs' complaint.

***WHEREFORE,*** the defendant demands that the plaintiffs' complaint be denied and dismissed and the defendant awarded his costs.

JURY TRIAL DEMAND

The defendants hereby request a trial by jury.

Defendant,
Ward Sears,
by his Attorneys,
Goldin, Merolla & Tutalo,

Katherine A. Merolla, Esq.,
No. 2344
10 Weybosset Street
Suite No. 901

Providence, RI 02903
401-861-7400, x56
401-861-0954 (fax)

CERTIFICATION

I hereby certify that on July 24, 2006, I mailed a true copy of the foregoing Answer to Robert J. Roughsedge, Esq., Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite No. 345, Boston, MA 02210.