**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| *JODI M. PHEASANT AND DALE PHEASANT,* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 06-279T* |
| | : | |
| *WARD SEARS,* | : | |
| *DEFENDANT* | : | |

## *ENTRY OF APPEARANCE*

I hereby enter my appearance as co-counsel to the defendant in the above-referenced matter.

Defendant,

Ward Sears,
by his Attorneys,
Merolla & Accetturo

____________________________
Steven B. Merolla, Esq.,
No. 4673
Kent Office Building
469 Centerville Road
Suite 206
Warwick, RI 02886
401-739-2900
401-739-2906 (fax)

CERTIFICATION

I hereby certify that on March ___, 2007, I mailed a true copy of the foregoing document to Robert J. Roughsedge, Esq., Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite No. 345, Boston, MA 02210