UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JODI M. PHEASANT AND DALE PHEASANT, Plaintiffs, | ) | Civil Action No. CA 06-279-T |
| v. | ) | |
| WARD SEARS, Defendant. | ) | |

**PLAINTIFF JODI PHEASANT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MORE RESPONSIVE PRODUCTION OF DOCUMENTS FROM PLAINTIFF JODI PHEASANT**

The Plaintiff in this action, Jodi Pheasant, hereby opposes the Defendant' s Motion to Compel More Responsive Production of Documents From Plaintiff Jodi Pheasant on the grounds that the Plaintiff has answered some of the Requests to the furthest extent required by the Rules, and that Plaintiff's counsel has taken the necessary steps to produce further responsive documents without the need for a court order. With an eye to disclosure and production of all relevant documents, the Plaintiff has requested records to supplement those obtained earlier from the providers and from the Plaintiff's Pennsylvania counsel.

Addressing the various Requests in order, the Plaintiff states that with regard to Request No. 1, Plaintiff's counsel has taken the necessary step of requesting documents from the cited medical providers in order to determine whether any such documents were not produced in the prior Response package. Plaintiff's counsel turned over all records in its possession at that time, and has made the effort to request additional copies of the

records in order to resolve any perceived deficiency in production. As further evidence of this effort, the Plaintiff submits Exhibits A, B and C, which are requests for additional medical and billing records from Waterford Ambulance Services, Claysburg Medical Associates (Dr. Bulger) and the University of Pittsburgh Medical Center (Dr. Braun), respectively. Further, Plaintiff's counsel has forwarded to the Plaintiff for signature the required medical Authorization to release additional records from Nason Hospital.

With regard to Request No. 2, the Plaintiff responded by citing to the medical records produced in Response No. 1, as Request No. 1 reads as fairly inclusive of all medical records relating to the Plaintiff's injuries. In light of the Defendant's request for past dental records, some of which are arguably outside the scope of discovery, Plaintiff's counsel has sent to the Plaintiff the required Authorization to release her complete past dental records. As the Plaintiff is taking the necessary steps to produce the requested records, no order for production is required at this time.

With regard to Request No. 7, the Plaintiff responded by stating that she had none of the requested documents relating to the vehicles involved in the accident. As the Plaintiff stated in her Answers to Interrogatories at No. 2, the vehicle in which she was traveling was owed by James Heeter and operated by Jason Heeter. She has already stated that she has no documents that relate to damage or repair of a vehicle owned by an unrelated third party.

Finally, with regard to Request No. 13, the Plaintiff provided those tax returns which were within her custody and control at the time of production. Mindful of the duty to timely supplement discovery, Plaintiff's counsel has encouraged the Plaintiff to make a

renewed effort to locate prior tax returns. Such returns will be produced when located, and as such, a court order is not necessary to secure production.

The Plaintiff,
Jodi Pheasant,
By her attorney,

/s/ Robert J. Roughsedge
Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com

Dated: April 20, 2007

## Certification

The undersigned attorney for the Plaintiffs hereby certifies that a true copy of the foregoing document was served upon the attorney of record for the Defendant, Steven B. Merolla, Esq., Merolla & Accetturo, 469 Centerville Road, Suite 206, Warwick, RI 02886, by United States first class mail, postage prepaid on this 20th day of April, 2007.

/s/ Robert J. Roughsedge
Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com