UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JODI M. PHEASANT AND DALE PHEASANT, Plaintiffs, v. WARD SEARS, Defendant. | Civil Action No. CA 06-279-T |

**PLAINTIFF JODI PHEASANT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MORE RESPONSIVE PRODUCTION OF DOCUMENTS FROM PLAINTIFF JODI PHEASANT**

***

**SUPPORTING DOCUMENTS:**

**EXHIBITS A-C**

***

# EXHIBIT A

**LAWSON & WEITZEN, LLP**
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

April 11, 2007

***VIA FIRST CLASS MAIL***
Waterford Ambulance Service
ATTN: Billing and Records
P.O. Box 137
Waterford, CT 06385

| | | |
|---|---|---|
| Re: Patient: | Jodi M. Pheasant |
| D/O/B: | 11/20/1971 |
| D/O/I: | 6/17/2004 |

To Whom It May Concern::

My firm represents Jodi M. Pheasant in a lawsuit regarding a motor vehicle accident which occurred on June 17, 2004. Enclosed please find a signed Authorization for the release of medical information of Jodi M. Pheasant, who was taken by Waterford Ambulance to Lawrence & Memorial Hospital. Please forward the complete medical record of Ms. Pheasant's treatment at your facility from June 17, 2004to the present to:

**Robert J. Roughsedge, Esq.**
**Lawson & Weitzen, LLP**
**88 Black Falcon Ave., Suite 345**
**Boston, MA 02210**

Thank you for your attention to this matter. Feel free to contact me if you have any questions or comments regarding this matter.

Very truly yours,

James M. Henry

Enclosure
cc: Robert Roughsedge, Esq.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

# EXHIBIT B

LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

April 11, 2007

***VIA FIRST CLASS MAIL***
Claysburg Medical Associates, Inc.
ATTN: Dee (Medical Records)
R.D. #2, Box 1068A
Claysburg, PA 16625

| | | |
|---|---|---|
| Re: Patient: | Jodi M. Pheasant |
| D/O/B: | 11/20/1971 |
| D/O/I: | 6/17/2004 |

Dear Dee:

My firm represents Jodi M. Pheasant in a lawsuit regarding a motor vehicle accident that occurred on June 17, 2004. Thank you for your assistance in providing us with the requested medical records last month. I am uncertain whether we received a complete billing record for Mrs. Pheasant's treatment with Claysburg Medical Associates. Enclosed please find a copy of the signed Authorization that we forwarded to your office. Please produce the complete billing record of Ms. Pheasant's treatment at your facility from June 17, 2004to the present to:

**Robert J. Roughsedge, Esq.**
**Lawson & Weitzen, LLP**
**88 Black Falcon Ave., Suite 345**
**Boston, MA 02210**

Thank you for your attention to this matter. Feel free to contact me if you have any questions or comments regarding this matter.

Very truly yours,

James M. Henry

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

# EXHIBIT C

LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
WILLIAM F. COYNE, JR.
DAVID A. RICH ‡
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS

MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

April 13, 2007

*VIA FIRST CLASS MAIL*
UPMC Presbyterian Hospital
200 Lothrop Street
Room F142
Pittsburgh, PA 15213

**Re: Patient: Jodi M. Pheasant**
**D/O/B: 11/20/1971**
**D/O/I: 6/17/2004**

To Whom It May Concern::

My firm represents Jodi M. Pheasant in a lawsuit regarding a motor vehicle accident that occurred on June 17, 2004. She later sought treatment at your facility. Enclosed please find a signed Authorization. Please produce the complete medical and billing record of Ms. Pheasant's treatment at your facility from June 17, 2004to the present to:

**Robert J. Roughsedge, Esq.**
**Lawson & Weitzen, LLP**
**88 Black Falcon Ave., Suite 345**
**Boston, MA 02210**

Thank you for your attention to this matter. Feel free to contact me if you have any questions or comments regarding this matter.

Very truly yours,

James M. Henry

Enclosures

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
‡ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY