UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JODI M. PHEASANT
AND DALE PHEASANT,
Plaintiffs,
v.

WARD SEARS,
Defendant.

Civil Action No. CA 06-279-T

**PLAINTIFF DALE PHEASANT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MORE RESPONSIVE INTERROGATORIES FROM PLAINTIFF DALE PHEASANT**

The Plaintiff in this action, Dale Pheasant, hereby opposes the Defendant' s Motion to Compel More Responsive Answers to Interrogatories From Plaintiff Dale Pheasant on the grounds that the Plaintiff has answered the requested Interrogatories, and that Plaintiff's counsel has taken the necessary steps to procure further answers without the need for a court order.

Addressing the various Interrogatories in order, the Plaintiff states that with regard to his Answer to Interrogatory No. 4, Plaintiff's counsel is currently preparing a Supplemental Answer to this Interrogatory, in which the Plaintiff will answer fully to the best of his knowledge.

With regard to Answer No. 13, the Plaintiff maintains his objection, but further states that the forthcoming Supplemental Answers to Interrogatories will serve to eliminate the need for an Order regarding production.

With regard to Answer No. 16, the Plaintiff notes that he did answer the Interrogatory as instructed, stating that he obtained none of the relevant written statements. The Defendant's Motion is therefore unnecessary with regard to this Interrogatory.

Finally, with regard to Interrogatory No. 18, the Plaintiff states, in similar fashion to his response above, that he responded to the Interrogatory as requested. In his Answer to No. 18, the Plaintiff stated, notwithstanding his objection, that he consulted the Complaint and the Police report. Thus, no further response need be compelled by this Court.

All in all, the Plaintiff has either responded or will respond to the relevant Interrogatories, and does not believe that a court order is necessary to effectuate discovery of those responses at this time. Therefore, the Defendant's Motion should be denied.

The Plaintiff,
Dale Pheasant,
By his attorney,

/s/ Robert J. Roughsedge

Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com

Dated: April 20, 2007

**Certification**

The undersigned attorney for the Plaintiffs hereby certifies that a true copy of the foregoing document was served upon the attorney of record for the Defendant, Steven B. Merolla, Esq., Merolla & Accetturo, 469 Centerville Road, Suite 206, Warwick, RI 02886, by United States first class mail, postage prepaid on this 20th day of April, 2007.

/s/ Robert J. Roughsedge
Robert J. Roughsedge
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com