UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JODI M. PHEASANT AND DALE PHEASANT, Plaintiffs, | ) | Civil Action No. CA 06-279-T |
| v. | ) | |
| WARD SEARS, Defendant. | ) | |

**PLAINTIFF JODI PHEASANT'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL MORE RESPONSIVE INTERROGATORIES FROM PLAINTIFF JODI PHEASANT**

The Plaintiff in this action, Jodi Pheasant, hereby opposes the Defendant' s Motion to Compel More Responsive Answers to Interrogatories From Plaintiff Jodi Pheasant on the grounds that the Plaintiff has answered the requested Interrogatories, and that Plaintiff's counsel has taken the necessary steps to procure further answers without the need for a court order.

Addressing the various Interrogatories in order, the Plaintiff states that with regard to her Answer to Interrogatory No. 4, Plaintiff's counsel is currently preparing a Supplemental Answer to this Interrogatory, in which the Plaintiff will answer fully to the best of her knowledge.

With regard to Answer No. 10, the Plaintiff answered as requested, stating that she was taking the medication Synthroid at the time of the accident. Further, the Defendant possesses the relevant medical records from which he could determine the

same answer. A court order will not result in a more complete response than that already given.

With regard to Answer No. 16, the Plaintiff notes that she did answer the Interrogatory as instructed, stating that she obtained none of the relevant written statements. The Defendant's Motion is therefore unnecessary with regard to this Interrogatory.

Finally, with regard to Interrogatory No. 18, the Plaintiff states, in similar fashion to her response above, that she responded to the Interrogatory as requested. In her Answer to No. 18, the Plaintiff stated, notwithstanding her objection, that she consulted the Complaint and the Police report. Thus, this Court need not compel a further response.

All in all, the Plaintiff has either responded or will respond to the relevant Interrogatories, and does not believe that a court order is necessary to effectuate discovery of those responses at this time. Therefore, the Defendant's Motion should be denied.

The Plaintiff,
Jodi Pheasant,
By her attorney,

/s/ Robert J. Roughsedge
Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com

Dated: April 20, 2007

**Certification**

The undersigned attorney for the Plaintiffs hereby certifies that a true copy of the foregoing document was served upon the attorney of record for the Defendant, Steven B. Merolla, Esq., Merolla & Accetturo, 469 Centerville Road, Suite 206, Warwick, RI 02886, by United States first class mail, postage prepaid on this 20th day of April, 2007.

/s/ Robert J. Roughsedge
Robert J. Roughsedge, #5876
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: (617) 439-4990
Fax: (617) 439-3987
rroughsedge@lawson-weitzen.com