*UNITED STATES DISTRICT COURT*
*DISTRICT OF RHODE ISLAND*

| | | |
|---|---|---|
| *JODI M. PHEASANT AND DALE PHEASANT,* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 06-279T* |
| | : | |
| *WARD SEARS,* | : | |
| *DEFENDANT* | : | |

## *MOTION TO COMPEL PRODUCTION OF DOCUMENTS*

Now comes the defendant in the above-referenced matter and moves for an order of this honorable court compelling the plaintiffs to produce documents. The defendant moves for a twenty-day order. In support of this motion the defendant states that a Request for Production of Documents was served upon the plaintiffs' counsel on March 27, 2007 and the defendant's counsel has received no response whatsoever.

Attached to this motion is the Request for Production.

Defendant,

Ward Sears,
by his Attorneys,
Merolla & Accetturo

/s/ Steven B. Merolla
Steven B. Merolla, Esq.,
No. 4673
Kent Office Building
469 Centerville Road
Suite 206
Warwick, RI 02886
401-739-2900
401-739-2906 (fax)

CERTIFICATION

I hereby certify that on May 1, 2007, I mailed a true copy of the foregoing document to Robert J. Roughsedge, Esq., Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite No. 345, Boston, MA 02210.

/s/ Steven B. Merolla

***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| *JODI M. PHEASANT AND DALE PHEASANT,* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 06-279T* |
| | : | |
| *WARD SEARS,* | : | |
| *DEFENDANT* | : | |

SECOND REQUEST OF PRODUCTION OF DOCUMENTS
OF DEFENDANT, WARD SEARS, TO THE PLAINTIFF JODI PHEASANT

Pursuant to the applicable provisions of the Federal Rules of Civil Procedure, the Defendant hereby requests that Plaintiff produce for inspection and copying, testing, or sampling, the following documents and tangible things at the law offices defendant's counsel within thirty (30) days from the date of this request.

**DEFINITIONS:**

The term "accident" as used herein is intended to refer to the occurrence on June 17, 2004, that is the subject of your Complaint.

The terms "you," "your," and "yours" means Plaintiff JODI PHEASANT, and Plaintiff's agents, servants, employees and any and all other persons acting or who have acted as a representative of Plaintiff.

**REQUESTED DOCUMENTS:**

1. Provide medical records from your primary physician and health care providers for the period commencing four (4) years prior to the accident and to the present.

Defendant,
by his Attorneys,
Merolla & Accetturo

__________________________
Katherine A Merolla, Esq., (2344)
469 Centerville Road, Suite 206
Warwick, RI 02886
401-739-2900
401-739-2906 (fax)

**CERTIFICATION**

I hereby certify that on March ____, 2007, I mailed a true copy of the foregoing document to Robert J. Roughsedge, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210.

________________________________