UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 04 2007
Property of U.S. District Court
District of Rhode Island

JODI M. PHEASANT AND DALE PHEASANT,
PLAINTIFFS

VS. : CIVIL ACTION NO. 06-279T

WARD SEARS,
DEFENDANT

**ORDER**

This matter came on to be heard before the Honorable Magistrate Judge Martin on May 2, 2007 on the Motion of Defendant, Ward Sears, to Compel More Responsive Production of Documents from Plaintiff Jodi M. Pheasant. After hearing thereon, it is hereby ORDERED:

1. The defendant's motion is granted with regard to requests numbered 1, 2, and 7, and the plaintiff shall have sixty (60) days to comply; and
2. Request numbered 13 is passed as the plaintiff has filed a supplemental response.

Entered as an Order of this Court this 7th day of May, 2007.

ENTER:

David L Martin
USMJ

PER ORDER:

[signature]

Defendant,
Ward Sears,
By his Attorneys,
Merolla & Accetturo,

[signature]

Steven B. Merolla, Esq.,
No. 4673
469 Centerville Road - Suite No. 206
Warwick, RI 02886
401-739-2900, ext. 306
401-739-2906 (fax)