RECEIVED
MAY 04 2007
Property of U.S. District Court
District of Rhode Island

***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| *JODI M. PHEASANT AND DALE PHEASANT,* <br> *PLAINTIFFS* | : | |
| *VS.* | : | *CIVIL ACTION NO. 06-279T* |
| *WARD SEARS,* <br> *DEFENDANT* | : | |

## ***ORDER***

This matter came on to be heard before the Honorable Magistrate Judge Martin on May 2, 2007 on the Motion of Defendant, Ward Sears, to Compel More Responsive Answers to Interrogatories from Plaintiff Jodi M. Pheasant. After hearing thereon, it is hereby ORDERED:

That the defendant's motion is granted with regard to interrogatories numbered 4, 10, 16, and 18, and the plaintiff shall have twenty-one (21) days to comply.

Entered as an Order of this Court this 7th day of May, 2007.

ENTER:

David L. Martin
USMJ

PER ORDER:

[signature]

Defendant,
Ward Sears,
By his Attorneys,
Merolla & Accetturo,

[signature]

Steven B. Merolla, Esq.,
No. 4673
469 Centerville Road - Suite No. 206
Warwick, RI 02886
401-739-2900, ext. 306
401-739-2906 (fax)

**CERTIFICATION**

I hereby certify that on May 3, 2007, I mailed a true copy of the foregoing Order to Robert J. Roughsedge, Esq., Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite No. 345, Boston, MA 02210.

[signature]