***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| *JODI M. PHEASANT AND DALE PHEASANT,* | : | |
| *PLAINTIFFS* | : | |
| | : | |
| *VS.* | : | *CIVIL ACTION NO. 06-279T* |
| | : | |
| *WARD SEARS,* | : | |
| *DEFENDANT* | : | |

## *DISMISSAL STIPULAITON*

The above-captioned matter is hereby dismissed with prejudice as this case has been settled.

Defendant,
by his Attorneys,
Merolla & Accetturo

/s/ Katherine A. Merolla

Katherine A. Merolla, Esq.,
No. 2344
469 Centerville Road
Warwick, RI 02886

Plaintiffs,
by their Attorneys,
Lawson & Weitzen, LLP

/s/ Robert J. Roughsedge

Robert J. Roughsedge, Esq.
No.
88 Black Falcon Avenue
Suite No. 345
Boston, MA 02210